**SEALED**

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON GRAND JURY 2018-1
MAY 22, 2018 SESSION



FILED
MAY 2 2 2018
RORY L. PERRY II, CLERK
U.S. District Court
Southern District of West Virginia

UNITED STATES OF AMERICA

v.                          CRIMINAL NO. 2:18-00104
                            18 U.S.C. § 2252A(a)(2)
                            18 U.S.C. § 2252A(a)(5)(B)
DEVIN ALLEN WOLFE           18 U.S.C. § 2252A(b)(1)
                            18 U.S.C. § 2252A(b)(2)

**I N D I C T M E N T**

The Grand Jury Charges:

**COUNT ONE**

On or about June 18, 2011, at or near Spencer, Roane County, West Virginia, and within the Southern District of West Virginia, defendant DEVIN ALLEN WOLFE did knowingly receive child pornography, as defined in 18 U.S.C. § 2256(8)(A), that had been shipped and transported in and affecting interstate and foreign commerce by any means, including by computer, using a means and facility of interstate and foreign commerce.

In violation of Title 18, United States Code, Sections 2252A(a)(2) and 2252A(b)(1).

## **COUNT TWO**

On or about August 21, 2016, at or near Spencer, Roane County, West Virginia, and within the Southern District of West Virginia, defendant DEVIN ALLEN WOLFE did knowingly receive child pornography, as defined in 18 U.S.C. § 2256(8)(A), that had been shipped and transported in and affecting interstate and foreign commerce by any means, including by computer, using a means and facility of interstate and foreign commerce.

In violation of Title 18, United States Code, Sections 2252A(a)(2) and 2252A(b)(1).

## **COUNT THREE**

On or about October 12, 2016, at or near Spencer, Roane County, West Virginia, and within the Southern District of West Virginia, defendant DEVIN ALLEN WOLFE did knowingly possess material, that is, computer graphic image files, containing images and videos of child pornography, as defined in 18 U.S.C. § 2256(8)(A), that involved prepubescent minors and which had been shipped and transported in and affecting interstate and foreign commerce by any means, including by computer.

In violation of Title 18, United States Code, Sections 2252A(a)(5)(B) and 2252A(b)(2).

## **FORFEITURE**

In accordance with Section 2253(a) of Title 18 of the United States Code, and Rule 32.2(a) of the Federal Rules of Criminal Procedure, and premised on the conviction of defendant DEVIN ALLEN WOLFE of a violation of 18 U.S.C. §§ 2251 et seq., as set forth in this indictment, the defendant shall forfeit to the United States any visual depictions and any books, magazines, periodicals, films, videotapes, and other matter which contain such visual depictions, which were produced, transported, mailed, shipped, or received in connection with the violations set forth in this indictment, any real and personal property constituting or traceable to gross profits or other proceeds obtained from the violations set forth in this indictment, and any real and personal property used or intended to be used to commit or to promote the commission of the violations set forth in this indictment.

MICHAEL B. STUART
United States Attorney

By: *Jenif Rada Herrald*
JENNIFER RADA HERRALD
Assistant United States Attorney