IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT WEST VIRGINIA
Charleston Division

**UNITED STATES OF AMERICA,**

**v.**                               **CASE NO. 2:18-cr-00104-1**

**DEVIN ALLEN WOLFE.**

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that the undersigned, Tim C. Carrico, and CARRICO LAW OFFICES, LC, hereby enters an appearance as counsel of record for the Defendant, Devin A. Wolfe, in the above-styled matter. All future notices, pleadings, correspondence, etc., pertaining to this matter should be forwarded to the undersigned at 105 Capitol Street, Ste 300, Charleston, West Virginia 25301.

                                                                        **Devin Allen Wolfe**
                                                                        **Defendant**

**By Counsel,**

_____
**Tim C. Carrico (WVSB #6771)**
**CARRICO LAW OFFICES, LC**
**105 Capitol Street, Ste 300**
**Charleston, West Virginia 25301**
**Phone: (304) 347-3800**
**Fax: (304) 347-3688**

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT WEST VIRGINIA
Charleston Division

**UNITED STATES OF AMERICA,**

v.                  **CASE NO. 2:18-cr-00104-1**

**DEVIN ALLEN WOLFE.**

## CERTIFICATE OF SERVICE

The undersigned does hereby certify that a true and accurate copy of the foregoing **Notice of Appearance** was served this 24th day of May, 2018, via E-Filing, upon the following:

Jennifer Rada Herrald
United States Attorney's Office
300 Virginia Street East, Room 4000
Charleston, WV 25301


s/Tim C. Carrico_____