```
           IN THE UNITED STATES DISTRICT COURT FOR THE
                SOUTHERN DISTRICT OF WEST VIRGINIA
                           CHARLESTON
```

UNITED STATES OF AMERICA

v.   CRIMINAL NO. 2:18-cr-00104

DEVIN ALLEN WOLFE

## MOTION FOR DETENTION HEARING

The United States moves this Court to hold a detention hearing pursuant to 18 U.S.C. § 3142(f) to determine whether any condition or combination of conditions will reasonably assure the appearance of defendant as required and the safety of other persons and of the community.

1. <u>Eligibility of Case</u>.  This case involves a:

   <u>  X  </u>  crime of violence [18 U.S.C. § 3142(f)(1)(a)]

   <u>     </u>  maximum sentence life imprisonment or death [18 U.S.C. § 3142(f)(1)(B)]

   <u>     </u>  10+ year controlled substance offense [18 U.S.C. § 3142(f)(1)(C)]

   <u>     </u>  felony, with two prior convictions in above categories [18 U.S.C. § 3142(f)(1)(D)]

   <u>  X  </u>  minor victim, or the possession or use of a firearm or destructive device, or other dangerous weapon, or a failure to register under 18 U.S.C. § 2250 [18 U.S.C. § 3142(f)(1)(E)]

   <u>     </u>  serious risk defendant will flee [18 U.S.C. § 3142(f)(2)(A)]

   <u>     </u>  serious risk of obstruction of justice [18 U.S.C. § 3142(f)(2)(B)]

    2.   <u>Reason for Detention</u>.  The court should detain defendant because no conditions of release will reasonably assure (check one or both):

        <u> X </u>  Defendant's appearance as required

        <u> X </u>  Safety of any other person and the community

    3.   <u>Rebuttable Presumption</u>.  The United States will invoke the rebuttable presumption against defendant pursuant to 18 U.S.C. § 3142(e).  (If yes)  The presumption applies because:

        <u>    </u>  Probable cause to believe defendant committed 10+ year controlled substance offense, or offense under 18 U.S.C. § 924(c), 956(a), or 2332b.

        <u>    </u>  Previous conviction for "eligible" offense committed while on pretrial bond.  Eligible offenses are the first five categories listed under Paragraph 1 of this motion.

        <u> X </u>  Probable cause to believe defendant committed an offense involving a minor as a victim under 18 U.S.C. § (1201, 1591, 2241, 2242, 2244(a)(1), 2245, 2251, 2251A, 2252(a)(1)-(3), 2252A(1)-(4), 2260, 2421-23, or 2425).

    4.   <u>Time for Detention Hearing</u>.  The United States requests the court conduct the detention hearing,

        <u>    </u>  At first appearance

        <u> X </u>  After continuance of <u> 3 </u> days (not more than 3).

    5.   <u>Temporary Detention</u>.  The United States moves the court to detain the defendant during any continuance and pending completion of the detention hearing.

6.  Other Matters.

_____

_____

DATED: May 24, 2018

                      Respectfully submitted,

                      MICHAEL B. STUART
                      United States Attorney

            By:  /s/ Jennifer Rada Herrald
                JENNIFER RADA HERRALD
                Assistant United States Attorney
                WV Bar No. 12181
                300 Virginia Street, East
                Room 4000
                Charleston, WV 25301
                Telephone: 304-345-2200
                Fax: 304-347-5104
                Email: Jennifer.herrald@usdoj.gov