# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF WEST VIRGINIA
### CHARLESTON DIVISION

**UNITED STATES OF AMERICA**

v.                                    Case Number: 2:18-cr-00104

**DEVIN ALLEN WOLFE**

### O R D E R

Due to the arrest of the defendant in this matter, it is hereby **ORDERED** that the indictment is **UNSEALED**.

Further, it is **ORDERED** that the initial appearance for will take place before the undersigned Magistrate Judge on Thursday, May 24, 2018, at 3:00 p.m. in Charleston.

The Clerk is directed to provide copies of this Order to all counsel of record, the CJA Supervising Attorney, the Probation Department, and the United States Marshals Service.

**ENTER:** May 24, 2018

Dwane L. Tinsley
United States Magistrate Judge