# Courtroom Minute Entry

**Room:** Charleston 5400    **Case No.:** 2:18-cr-00104        **Type:** Initial Appearance on Indictment
**Caption:** USA v. Devin Wolfe        **Judge:** Dwane L. Tinsley

**Started:** 5/24/2018 3:15:35 PM
**Ends:**    5/24/2018 3:20:30 PM    **Length:** 00:04:56

    Judge Dwane L. Tinsley
    Courtroom Deputy: Dawna Goodson
    Defendant: Devin Wolfe
    Assistant United States Attorney: Jennifer Herrald
    Retained Counsel: Tim carrico
    Probation Officer: Michele Wentz

    INITIAL APPEARANCE

| Time | Entry |
|---|---|
| 3:16:23 PM | Judge Dwane L. Tinsley case called, noted appearances of counsel, and defendant present in courtroom |
| 3:16:48 PM | Stated rights of defendant and defendant acknowledged these rights |
| 3:17:35 PM | Stated personal information |
| 3:17:42 PM | Retained Tim Carrico for representation |
| 3:18:07 PM | Stated additional rights of defendant and defendant acknowledged these rights |
| 3:18:24 PM | Stated violation(s) in charging document and possible penalties |
| 3:19:08 PM | Defendant shall next appear for an arraignment on Wednesday, May 30, 2018 at 3:00 p.m. |
| 3:19:13 PM | Motion for Detention filed |
| 3:19:44 PM | Hearing on detention will also be held on Wednesday |
| 3:20:13 PM | Ordered defendant detained and remanded to USMS custody pending the next hearing |
| 3:20:21 PM | Anything else counsel wishes to address? |
| 3:20:25 PM | Hearing Adjourned |