AO 442 (Rev 11/11) Arrest Warrant



# UNITED STATES DISTRICT COURT
for the
Southern District of West Virginia



SEALED

United States of America
v.
DEVIN ALLEN WOLFE

Case No. 2:18-00104

_____
Defendant

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*     DEVIN ALLEN WOLFE ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☐ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

Recipt of child pornography; possession of child pornography.

Date: 05/22/2018

_____
*Issuing officer's signature*

City and state: CHARLESTON, WV

RORY L. PERRY II, CLERK
*Printed name and title*

### Return

This warrant was received on *(date)* 5-24-18 , and the person was arrested on *(date)* 5-24-18
at *(city and state)* Spencer, West Virginia .

Date: 5-24-18

_____
*Arresting officer's signature*

Jennifer M. DeMeyer TFC
*Printed name and title*