UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

UNITED STATES OF AMERICA

v.     Case Number: 2:18-cr-00104

DEVIN ALLEN WOLFE

**O R D E R**

On May 24, 2018, the defendant appeared in person for an initial appearance pursuant to his arrest on the warrant based on the indictment. Jennifer R. Herrald, Assistant United States Attorney, was present for the United States and Tim Carrico, Esquire, was present for the defendant. Also present was Matthew Lambert, Supervisory United States Probation Officer.

The defendant was not called upon to plead. The Court informed the defendant of the charges in the case, of the defendant's right to counsel, and of matters relating to conditions of release. The Court further informed the defendant that he was not required to make a statement and that any statement made by the defendant may be used against him.

The Court was advised that the defendant retained Tim Carrico as counsel and Mr. Carrico has filed a Notice of Appearance in this matter.

It is **ORDERED** an arraignment in this case shall take place on Wednesday, May 30, 2018 at 3:00 p.m. in Charleston.

Upon consideration of the Motion for Detention Hearing filed herein by the United States, and pursuant to the provisions of Title 18, United States Code, § 3142(f), it is

hereby **ORDERED** that the motion is **GRANTED** and the detention hearing shall take place on Wednesday, May 30, 2018 at 3:00 p.m. in Charleston.

It is further **ORDERED** that the defendant is detained and remanded to the custody of the United States Marshals Service pending the arraignment and detention hearing.

The Clerk is directed to provide copies of this Order to the defendant, all counsel of record, the Probation Department, and the United States Marshals Service.

**ENTER:** May 29, 2018

Dwane L. Tinsley
United States Magistrate Judge