# Courtroom Minute Entry

**Room:** Charleston 5400       **Case No.:** 2:18-cr-00104        **Type:** Arraignment/Detention Hearing
**Caption:** USA v. Devin Allen Wolfe        **Judge:** Dwane L. Tinsley

**Started:** 5/30/2018 3:50:14 PM
**Ends:**    5/30/2018 3:57:54 PM       **Length:** 00:07:41

    Judge Dwane L. Tinsley
    Courtroom Deputy: Dawna Goodson
    Defendant: Devin Allen Wolfe
    Assistant United States Attorney: Jennifer Herrald
    Retained Counsel: Tim Carrico
    Probation Officer: Matthew Lambert

| Time | Event |
|---|---|
| 3:50:23 PM | ARRAIGNMENT AND DETENTION HEARING |
| 3:52:34 PM | Judge Dwane L. Tinsley called case, noted appearances of counsel, defendant present in courtroom |
| 3:53:02 PM | Defendant placed under oath by Courtroom Deputy |
| 3:53:24 PM | Stated rights of defendant and defendant acknowledged these rights |
| 3:53:33 PM | Stated personal information |
| 3:53:39 PM | Questions defendant about indictment related matters |
| 3:54:03 PM | Defendant pleads not guilty to charge(s) contained in the indictment |
| 3:54:06 PM | Stated district judge assignment, and dates for trial and pretrial motions hearing |
| 3:54:34 PM | Defendant does not waive the right to be present at the pretrial motions hearing |
| 3:55:07 PM | Parties have elected the standard discovery; pretrial motions, voir dire and witness list dates given |
| 3:55:27 PM | Make sure chambers receives a copy of all motions filed with the clerk |
| 3:55:35 PM | Advised counsel to give USMS 30 days notice for out-of-custody defendants/witnesses and cancel when unnecessary |
| 3:55:52 PM | Court and parties review and discuss Pretrial Services Report |
| 3:56:05 PM | No additions or corrections to Pretrial Services Report at this time |
| 3:56:07 PM | The government has previously filed a Motion for Detention that invokes the rebuttable presumption. Does the defendant contest detention today? |
| 3:56:21 PM | Are we going to take evidence today? And if so by way of proffer or testimony? |
| 3:56:25 PM | The defendant does not contest detention at this time |
| 3:56:59 PM | Finds by a preponderance of evidence that the defendant is a risk of flight |
| 3:57:03 PM | Finds by clear and convincing evidence that the defendant is a danger to the community |
| 3:57:10 PM | Therefore, no condition or combination of conditions exist for the defendant's release |
| 3:57:21 PM | Judge Dwane L. Tinsley Ordered the defendant detained and remanded to the custody of the US Marshals Service |
| 3:57:32 PM | Anything else counsel wishes to address? |
| 3:57:36 PM | Hearing adjourned |