## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF WEST VIRGINIA
## CHARLESTON DIVISION

**UNITED STATES OF AMERICA**

**v.**                                        **Case Number: 2:18-cr-00104**

**DEVIN ALLENN WOLFE**

### O R D E R

On May 30, 2018, the defendant appeared in person for the purpose of an arraignment and detention hearing as previously scheduled by the Court.   Jennifer Rada Herrald, Assistant United States Attorney, appeared for the United States and Tim Carrico, Esquire, appeared for the defendant.   Also present was Matthew Lambert, Supervisory United States Probation Officer.

An arraignment was held and the Arraignment Order and Standard Discovery Requests was completed.

The Court proceeded to the detention hearing immediately after the arraignment. The defendant did not contest detention at this time, therefore, a detention hearing was not held.   Accordingly, it is hereby **ORDERED** that the defendant is detained and remanded to the custody of the United States Marshals Service pending further proceedings.

The Clerk is directed to provide copies of this Order to the defendant, all counsel of record, the Probation Department, and the United States Marshals Service.

**ENTER:**   June 4, 2018

Dwane L. Tinsley
United States Magistrate Judge