```
          IN THE UNITED STATES DISTRICT COURT FOR THE
              SOUTHERN DISTRICT OF WEST VIRGINIA
                          CHARLESTON
```

UNITED STATES OF AMERICA

v.                                      CRIMINAL NO. 2:18-cr-00104

DEVIN ALLEN WOLFE

## MOTION OF THE UNITED STATES TO SCHEDULE GUILTY PLEA HEARING

Comes now the United States of America, by Emily J. Wasserman, Assistant United States Attorney for the Southern District of West Virginia, and respectfully requests the Court to set a date, time, and location for a guilty plea hearing to be held with regard to the above-styled case.

Respectfully submitted,

MICHAEL B. STUART
United States Attorney

By:

s/ Emily J. Wasserman
EMILY J. WASSERMAN
Assistant United States Attorney
CO State Bar No. 48509
300 Virginia Street, East
Suite 4000
Charleston, WV 2530
Phone:  304-345-2200
Fax:  304-347-5104
emily.wasserman@usdoj.gov

**CERTIFICATE OF SERVICE**

It is hereby certified that the foregoing "Motion of the United States to Schedule Guilty Plea Hearing" has been electronically filed and service has been made on opposing counsel by virtue of such electronic filing on this the 20th day of June, 2018, to:

        Tim C. Carrico, Esquire
        Carrico Law Offices LC
        105 Capitol Street, Suite 300
        Charleston, WV 25301
        Email: tcarrico@carricolaw.com

                s/ Emily J. Wasserman
                EMILY J. WASSERMAN
                Assistant United States Attorney
                CO State Bar No. 48509
                300 Virginia Street, East
                Suite 4000
                Charleston, WV 2530
                Phone: 304-345-2200
                Fax: 304-347-5104
                emily.wasserman@usdoj.gov