```
Court Name: US District Court/SDWV
Division: 2
Receipt Number: CHAR014579
Cashier ID: mwilborn
Transaction Date: 07/09/2018
Payer Name: KEITH WOLFE JR.

CRIMINAL DEBT
 For: DEVIN ALLEN WOLFE
 Case/Party: D-WVS-2-18-CR-000104-001
 Amount:           $100.00

CREDIT CARD
 Amt Tendered:    $100.00

Total Due:        $100.00
Total Tendered:   $100.00
Change Amt:         $0.00
```

Only when bank clears the check, money order, or verifies credit of funds is the fee or debt officially paid or discharged. A $53 fee will be charged for a returned check.