# District Judge Daybook Entry

United States District Court - Southern District of West Virginia at Charleston
Date: 7/9/2018                                                               Case Number 2:18-cr-00104
Case Style: USA v. Devin Allen Wolfe
Type of hearing Plea Hearing
Before the honorable: 2508-Copenhaver
Court Reporter Catherine Schutte-Stant                                       Courtroom Deputy Kelley Miller
Attorney(s) for the Plaintiff or Government Emily J. Wasserman


Attorney(s) for the Defendant(s) Tim C. Carrico


Law Clerk                                                                    Probation Officer Erin Stone

Trial Time


Non-Trial Time

Plea Hearing


Court Time

11:16 am   to 12:09 pm
Total Court Time: 0 Hours 53 Minutes Non-Trial Time/Uncontested Time


Courtroom Notes

11:00 case set

11:16 - case called - purpose of hearing for defendant to enter plea to Count Two of the three-count indictment pursuant to plea agreement - defense counsel agrees that is correct

Defendant gave personal information

Court read Count Two - defendant understands

Court gave elements - defendant understands

Court explained provisions of plea agreement

Court explained constitutional rights

Guilty plea received and filed

Court found a factual basis - the court deferred acceptance of the plea and plea agreement

Directed presentence investigation - sentencing set for 1:30 p.m. on October 10, 2018

Defendant remanded

12:09 concluded