UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA
AT CHARLESTON



UNITED STATES OF AMERICA

v.  CRIMINAL ACTION NO. 2:18-00104

DEVIN ALLEN WOLFE

## GUILTY PLEA

In the presence of Tim C. Carrico, my counsel, who has fully explained the charges contained in the indictment against me and, having received a copy of the indictment from the United States Attorney before being called upon to plead, I hereby plead GUILTY to Count Two of the three-count indictment.

_7/9/18_  _Devin Wolfe_
Date     Devin Allen Wolfe

_Tim Carrico_
Witness:
Counsel for defendant