```
             UNITED STATES DISTRICT COURT
          SOUTHERN DISTRICT OF WEST VIRGINIA
                     AT CHARLESTON
```

UNITED STATES OF AMERICA

v.                          CRIMINAL ACTION NO. 2:18-00104

DEVIN ALLEN WOLFE

## O R D E R

Government's Exhibit No. 1, consisting of sexually explicit material in the form of a photograph, to be made a part of the record in connection with the defendant's plea hearing held on July 9, 2018, is hereby ORDERED filed under seal until the further order of the court.

The Clerk is directed to forward copies of this order to all counsel of record.

DATED: July 10, 2018

_____
John T. Copenhaver, Jr.
United States District Judge