IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT WEST VIRGINIA
Charleston Division

**UNITED STATES OF AMERICA,**

v.                                    CASE NO. 2:18-cr-00104-1

**DEVIN ALLEN WOLFE.**

## MOTION TO CONTINUE SENTENCING HEARING

Comes now the defendant, Devin A. Wolfe, by and through counsel, Tim C. Carrico, Esq., and moves the Court to continue the sentencing hearing and enter new pre-sentencing hearing deadlines in this matter. In support of this Motion the defendant states as follows:

1. The sentencing hearing is scheduled for October 10, 2018.

2. The first draft of the PSR is due by August 29, 2018.

3. The defendant is currently detained and housed at the Carter County Detention Center located in Grayson, Kentucky.

4. That the PSR interview occurred on August 28, 2018.

5. That the PSR interview was scheduled last week on August 23, 2018, but did not occur because of interview room availability at the facility.

6. That defendant recently produced multiple psychological evaluations and social security disability information relating to the defendant to the probation officer.

7. That with the additional information produced by the defendant, the probation department reports that said information would be difficult to process under the current pre-sentencing deadlines.

8. The government has no objection to this Motion.

WHEREFORE, the defendant, Devin Allen Wolfe, moves the Court for any Order

resetting the sentencing hearing and establishing a new pre-sentencing scheduling deadlines.

                                                  **Devin Allen Wolfe**
                                                  **Defendant**

**By Counsel,**


_____
**Tim C. Carrico (WVSB #6771)**
**CARRICO LAW OFFICES, LC**
**105 Capitol Street, Ste 300**
**Charleston, West Virginia 25301**
**Phone:  (304) 347-3800**
**Fax: (304) 347-3688**