```
         UNITED STATES DISTRICT COURT
       SOUTHERN DISTRICT OF WEST VIRGINIA
                 AT CHARLESTON
```

**UNITED STATES OF AMERICA**

v.                          CRIMINAL ACTION NO. 2:18-00104

**DEVIN ALLEN WOLFE**

<u>O R D E R</u>

Upon the defendant's Motion to Continue Sentencing Hearing, filed by his counsel, Tim C. Carrico, on August 28, 2018, wherein defendant requests that the presentence investigation deadlines and the sentencing hearing scheduled for October 10, 2018, be continued in order to allow more time for the probation officer to consider the multiple psychological evaluations and social security disability information recently provided by the defendant before submitting the draft presentence report; and the United States, by counsel, Emily J. Wasserman, Assistant United States Attorney, having no objection as set forth in the motion and as related to the court's clerk; it is ORDERED that the motion be, and it hereby is, granted and the sentencing hearing is continued to 1:30 p.m. on November 8, 2018.

It is further ORDERED that the draft presentence report be submitted to counsel by September 27, 2018; counsel shall communicate to the Probation Department by October 11, 2018, any objections to

the presentence report; and the presentence report, together with an addendum setting forth any unresolved objections, shall be submitted to the court by October 25, 2018.

It is further ORDERED that the final presentence report, together with an addendum setting forth any unresolved objections, shall be submitted to the court by November 1, 2018.

The Clerk is directed to forward copies of this order to the defendant, all counsel of record, the United States Probation Department and the United States Marshal.

DATED: September 7, 2018

_____
John T. Copenhaver, Jr.
United States District Judge