IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON

**UNITED STATES OF AMERICA**

v.  CRIMINAL NO. 2:18-cr-00104

**DEVIN ALLEN WOLFE**

**SECOND SUPPLEMENTAL RESPONSE OF THE UNITED STATES OF AMERICA
TO DEFENDANT'S STANDARD DISCOVERY REQUESTS AND
REQUEST OF THE UNITED STATES FOR RECIPROCAL DISCOVERY**

Pursuant to Rule 16 of the Federal Rules of Criminal Procedure, Rule 16.1(a) of the Local Rules of Criminal Procedure, and the Arraignment Order and Standard Discovery Request entered by the Court in this case on May 30, 2018, the United States of America, by counsel, herewith supplements its response to defendant's Standard Discovery Requests as follows:

**Request E:  Permit the defendant to inspect and to copy or photograph books, papers, documents, data, photographs, tangible objects, building or places, or copies or portions of any of those items, if the item is within the government's possession, custody or control, and (i) the item is material to preparing the defense; (ii) the government intends to use the item in its case-in-chief at trial; or (iii) the item was obtained from or belongs to defendant.  [Fed. R. Crim. P. 16(a)(1)(E)]**

**Response:** Enclosed is information responsive to this request see attached September 27, 2018 letter and Exhibits part 1.

**REQUEST OF THE UNITED STATES FOR RECIPROCAL DISCOVERY**

Pursuant to Rules 16.1(b) and 16.1(d) of the Local Rules of Criminal Procedure, the United States of America requests that defendant provide all applicable reciprocal discovery within 14 days of the service of this response and the provision of materials requested by defendant in the Standard Discovery Request.

                          Respectfully submitted,

                          MICHAEL B. STUART
                          United States Attorney

By:

                          /s/ Emily J. Wasserman
                          Emily J. Wasserman
                          Assistant United States Attorney
                          CO State Bar No. 48509
                          300 Virginia Street, East
                          Room 4000
                          Charleston, WV 25301
                          Telephone: 304-345-2200
                          Fax: 304-347-5104
                          Email: Emily.wasserman@usdoj.gov

**CERTIFICATE OF SERVICE**

It is hereby certified that the foregoing "SECOND SUPPLEMENTAL RESPONSE OF THE UNITED STATES OF AMERICA TO DEFENDANT'S STANDARD DISCOVERY REQUESTS AND REQUEST OF THE UNITED STATES FOR RECIPROCAL DISCOVERY" has been electronically filed and service has been made on opposing counsel by virtue of such electronic filing in addition to U.S. Mail on this 2nd day of October, 2018, to:

>Tim C. Carrico, Esquire
>Carrico Law Offices LC
>105 Capitol Street, Suite 300
>Charleston, WV 25301
>Email:  tcarrico@carricolaw.com

>/s/ Emily J. Wasserman
>Emily J. Wasserman
>Assistant United States Attorney
>CO State Bar No. 48509
>300 Virginia Street, East
>Room 4000
>Charleston, WV 25301
>Telephone:  304-345-2200
>Fax: 304-347-5104
>Email:  Emily.wasserman@usdoj.gov