IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT WEST VIRGINIA
Charleston Division

**UNITED STATES OF AMERICA,**

v.                              CASE NO. 2:18-cr-00104-1

**DEVIN ALLEN WOLFE.**

## MOTION TO CONTINUE SENTENCING HEARING

Comes now the defendant, Devin A. Wolfe, by and through counsel, Tim C. Carrico, Esq., and moves the Court to continue the sentencing hearing. In support of this Motion the defendant states as follows:

1. The sentencing hearing is scheduled for November 8, 2018, at 1:30 o'clock p.m.

2. That the defendant timely filed his sentencing memorandum.

2. That on November 5, 2018, the government filed its objection to the PSR based on its request that the PSR include additional information.

WHEREFORE, based on the forgoing, the defendant requests that the sentencing hearing be moved to November 19, 2018, to allow sufficient time for the defendant and counsel to respond to the objection as appropriate.

                                              **Devin Allen Wolfe**
                                              **Defendant**

**By Counsel,**

  /s/Tim C. Carrico_____
**Tim C. Carrico (WVSB #6771)**
**CARRICO LAW OFFICES, LC**
**105 Capitol Street, Ste 300**
**Charleston, West Virginia 25301**
**Phone: (304) 347-3800**
**Fax: (304) 347-3688**