```
             UNITED STATES DISTRICT COURT
          SOUTHERN DISTRICT OF WEST VIRGINIA
                     AT CHARLESTON
```

**UNITED STATES OF AMERICA**

v.                           CRIMINAL ACTION NO. 2:18-00104

**DEVIN ALLEN WOLFE**

<u>O R D E R</u>

Upon the defendant's Motion to Continue Sentencing Hearing, filed by his counsel, Tim C. Carrico, on November 6, 2018, wherein defendant requests that the sentencing hearing previously scheduled for October 8, 2018, be continued for the reasons set forth therein; and the United States, by counsel, Jennifer Rada Herrald, Assistant United States Attorney, having no objection as related to the court's clerk; it is ORDERED that the motion be, and it hereby is, granted and the sentencing hearing is continued to 2:30 p.m. on November 19, 2018.

The Clerk is directed to forward copies of this order to the defendant, all counsel of record, the United States Probation Department and the United States Marshal.

DATED:  November 13, 2018

_____
John T. Copenhaver, Jr.
Senior United States District Judge

Case 2:18-cr-00104   Document 32   Filed 11/13/18   Page 2 of 2 PageID #: 124