# District Judge Daybook Entry

| | |
|---|---|
| United States District Court - Southern District of West Virginia at Charleston | |
| Date: 11/19/2018 | Case Number 2:18-cr-00104 |
| Case Style: USA v. Devin Allen Wolfe | |
| Type of hearing Sentencing | |
| Before the honorable: 2508-Copenhaver | |
| Court Reporter Catherine Schutte-Stant | Courtroom Deputy Kelley Miller |
| Attorney(s) for the Plaintiff or Government Jennifer Rada Herrald | |
| Attorney(s) for the Defendant(s) Tim C. Carrico | |
| Law Clerk | Probation Officer Kiara Carper |

Trial Time

Non-Trial Time

Court Time

2:34 pm    to 2:42 pm
Total Court Time: 0 Hours 8 Minutes Non-Trial Time/Uncontested Time

Courtroom Notes

2:30 case set

2:34 - case called - government made an oral motion for a 30-day continuance of the sentencing hearing in order to provide time for the government to investigate potential obstructive conduct of the defendant (the information was just received today)

Defendant objects

Hearing continued to 1:30 p.m. on December 18, 2018

Defendant remanded

2:42 concluded