```
                UNITED STATES DISTRICT COURT
             SOUTHERN DISTRICT OF WEST VIRGINIA
                         AT CHARLESTON
```

**UNITED STATES OF AMERICA**

v.                                    CRIMINAL ACTION NO. 2:18-00104

**DEVIN ALLEN WOLFE**

<u>O R D E R</u>

On November 19, 2018, the United States of America appeared by Jennifer Rada Herrald, Assistant United States Attorney, and the defendant Devin Allen Wolfe appeared in person and by Tim C. Carrico, for final disposition in this action at which time the government made an oral motion for a continuance of the hearing for a period of 30 days in order to provide time to conduct an investigation of information received by the government this date relating to potential obstructive conduct by the defendant, to which requested continuance the defendant objected.

The court ORDERED that the sentencing hearing be, and it hereby is, continued to 1:00 p.m. on December 18, 2018.  It is further ORDERED that the government file any objection which may arise as a result of the investigation on or before December 3, 2018, to which the defendant shall respond on or before December 10, 2018.

**The Clerk is directed to forward copies of this order to the defendant, all counsel of record, the United States Probation Department, and the United States Marshal.**

DATED:   November 19, 2018

_____
John T. Copenhaver, Jr.
Senior United States District Judge