# District Judge Daybook Entry

United States District Court - Southern District of West Virginia at Charleston

Date: 12/18/2018                                          Case Number 2:18-cr-00104

Case Style: USA v. Devin Allen Wolfe

Type of hearing Sentencing

Before the honorable: 2508-Copenhaver

Court Reporter Catherine Schutte-Stant              Courtroom Deputy Kelley Miller

Attorney(s) for the Plaintiff or Government Lisa G. Johnston

Attorney(s) for the Defendant(s) Tim C. Carrico

Law Clerk                                                Probation Officer Beth Srednicki

### Trial Time

### Non-Trial Time

### Court Time

1:09 pm    to 2:04 pm

Total Court Time: 0 Hours 55 Minutes Non-Trial Time/Uncontested Time

### Courtroom Notes

1:00 case set

1:09 - case called - defendant sworn - defense counsel over presentence report with the defendant and he understands - defendant read presentence report, went over with his attorney, he explained, understands everything

No objections

Report is factually accurate

Court went over the standard and optional conditions for sex offenders with counsel

Parties agree TOL 32 + I = 121-151 months (five-year mandatory minimum)

Parties addressed the court prior to sentencing

Court stated reasons for sentence including 3553(a) factors and reasons for seven-level downward variance

Sentence - 30 months - 35 years supervised release - standard and optional conditions for sex offenders as modified on the record - no fine or costs - recommend FCI Elkton

Counts 1, 3 and forfeiture dismissed

Defendant remanded

2:04 concluded

Sentence -

**District Judge Daybook Entry**