UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA
AT CHARLESTON

UNITED STATES OF AMERICA

v.                                    CRIMINAL ACTION No. 2:18-00104

DEVIN ALLEN WOLFE

MEMORANDUM OPINION AND ORDER

Pending is the defendant's pro se Emergency Motion for Reduction in Sentence Pursuant to 18 U.S.C. § 3582(c)(1)(A)(i) (ECF No. 41), filed May 11, 2020.  On May 15, 2020, the United States filed its Response in Opposition (ECF No. 42), and the defendant filed his Reply (ECF No. 45) on June 4, 2020.

According to the Bureau of Prisons, Wolfe was released from custody on June 15, 2022.  See Fed. Bureau of Prisons, Inmate Locator, https://www.bop.gov/inmateloc/ (last visited July 25, 2022).

In light of the foregoing, the court ORDERS that defendant Devin Allen Wolfe's Emergency Motion for Reduction of Sentence (ECF No. 41) be, and hereby it is, denied as moot.

The Clerk is directed to transmit copies of this order
to all counsel of record.

ENTER: July 26, 2022

John T. Copenhaver, Jr.
Senior United States District Judge